JOHNSON, Appellant, vs. JOHNSON, Respondent.

For the appellant: *Lilian M. Kohlmetz* of Milwaukee.

For the respondent: *Lewis I. Cohen* of Milwaukee.

*By the Court.*——Judgment affirmed.

QUINN, Respondent, vs. CITY FRUIT MARKET, INC., Appellant.

For the appellant: *Bender, Trump & McIntyre,* attorneys, and *David G. Owen, Jr.,* of counsel, all of Milwaukee.

For the respondent: *H. K. Curtis* of Milwaukee.

*By the Court.*——Judgment affirmed.